**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7333**

JEREZ COLEMAN,

        Petitioner - Appellant,

    v.

CHRISTINA TYLER; TERRY KOCALIS; BRIAN E. FROSH,

        Respondents - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Julie R. Rubin, District Judge.  (1:22-cv-01985-JRR)

Submitted:  February 27, 2023                              Decided:  March 23, 2023

Before GREGORY, Chief Judge, and AGEE and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerez Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerez Coleman, a Maryland prisoner, appeals the district court's orders denying his 28 U.S.C. § 2241 petition without prejudice as moot, denying his motion for a temporary restraining order and pretrial release, and denying his motion to reconsider. Upon review, we affirm the district court's judgment. *Coleman v. Tyler*, 1:22-cv-01985-JRR (D. Md. Sept. 27, 2022 & Nov. 14, 2022). We deny a certificate of appealability as unnecessary, *see Harbison v. Bell*, 556 U.S. 180, 183 (2009), and deny Coleman's emergency motion for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2